# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1420 **Short Title:** Bates v. Thayer

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Foster Bates as the

[✓] appellant(s) [ ] appellee(s) [ ] amicus curiae

[✓] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

s/ Robert L. Sirianni, Jr
Signature

06/19/2025
Date

Robert L. Sirianni, Jr
Name

Brownstone PA
Firm Name (if applicable)

4073881900
Telephone Number

PO Box 2047
Address

4076221511
Fax Number

Winter Park, FL 3290
City, State, Zip Code

robertsirianni@brownstonelaw.com
Email (required)

Court of Appeals Bar Number: ____________

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.____________

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print Reset